THE PEOPLE OF THE STATE OF NEW YORK ex rel. CORINTHIAN REALTY CORPORATION, Appellant, *v.* JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

Argued June 20, 1939; decided July 11, 1939.

*W. Morton Carden* and *Carl H. Fowler* for appellant.

*William C. Chanler, Corporation Counsel (Arthur H. Goldberg, Arthur A. Segall* and *Murray Sendler* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.